IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01960–WJM–KMT

CLORINDA BEYER,

    Plaintiff,

v.

UNITEDHEALTH GROUP SHORT-TERM AND LONG-TERM DISABILITY PLAN, an ERISA welfare benefit plan,
SEDGWICK CMS VENTURES, INC., a Delaware foreign corporation, and
UNITEDHEALTH GROUP, INC., a Minnesota foreign corporation,

    Defendants.

---

## ORDER

---

Upon review of the file in this matter, this court notes that the Administrative Record, due to be filed on or before February 14, 2014, has not been docketed. (See Minutes, Scheduling Conference January 27, 2014 [Doc. No. 18].) Additionally, the deadlines for requesting discovery and any motion to supplement the record have also passed.

It is **ORDERED**

The parties shall file a Joint Status Report on or before **July 14, 2014**, addressing the failure to file the Administrative Record and advising the court of the current progress and status of the case.

Dated this 30th day of June, 2014.

BY THE COURT:

_(signature)_
Kathleen M. Tafoya
United States Magistrate Judge